AGNES FOLEY, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25961.)

HARRY A. FOLEY, Respondent, *v.* SAME, Appellant. (Claim No. 25962.)

EUGENE F. FOLEY, Respondent, *v.* SAME, Appellant. (Claim No. 25963.)

HARRY A. FOLEY, Respondent, *v.* SAME, Appellant. (Claim No. 25964.)

AUDREY C. FOLEY, Respondent, *v.* SAME, Appellant. (Claim No. 25965.)

JANET FOLEY, Respondent, *v.* SAME, Appellant. (Claim No. 25966.)

WILLIAM E. FOLEY, Respondent, *v.* SAME, Appellant. (Claim No. 25967.)

Submitted October 9, 1944; decided November 22, 1944.

*Samuel Sapowitch* and *Alfred L. Hetzelt* for motion to dismiss appeals and in opposition to cross motion.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Henry S. Manley* of counsel), for cross motion and in opposition to motion to dismiss appeals.

Motion to dismiss appeals granted and appeals dismissed, with ten dollars costs of motion.

Motion for leave to appeal granted.